UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLONIAL WHOLESALE BEVERAGE,<br>   Plaintiff,<br><br>  v.<br><br>LOCAL 59,<br>INTERNATIONAL BROTHERHOOD<br>OF TEAMSTERS,<br>   Defendant. | CIVIL ACTION NO.<br>20-12136-DPW |

## FINAL JUDGMENT

WOODLOCK, District Judge

Upon the allowance [ECF #18] of the Defendant's Motion to Withdraw Submission in Support of the Award of Attorney's Fees [ECF #17] reporting that "the Parties have settled all outstanding matters related to the enforcement of the arbitration award and this federal court litigation",

It is hereby ORDERED, ADJUDGED AND DECREED:

In accordance with the Memorandum and Order [ECF #14] issued on July 14, 2021, granting the Defendant's Motion for Summary Judgment confirming the Arbitrator's award:

  Judgment for the Defendant against the Plaintiff.

BY THE COURT,

/s/ Barbara Beatty
Deputy Clerk

DATED: August 9, 2021